UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ANTHONY J. BURRIOLA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00168-LRH (WGC) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge William G. Cobb (#43) entered on March 27, 2012, in which the Magistrate Judge recommends denying Plaintiff's Petition for Writ of Replevin (#39), filed on February 23, 2012. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#39); therefore, Plaintiff's Petition for Writ of Replevin is DENIED.

IT IS SO ORDERED.

DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE