UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ANTHONY J. BURRIOLA,   )
                      )
    Plaintiff,   )   3:10-cv-00168-LRH-WGC
                      )
v.                    )
                      )   O R D E R
STATE OF NEVADA; *et al.*, )
                      )
    Defendants.   )
_____)

       Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#63[1]) entered on June 7, 2012, recommending dismissing this action with prejudice as a result of Plaintiff's egregious conduct. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#76) on July 20, 2012. Defendants have not filed a response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

       The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#63) entered on June 7, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#63) entered on June 7, 2012, is adopted and accepted, and this action is **DISMISSED with prejudice**.

IT IS FURTHER ORDERED that Plaintiff's "First Submission of In Rem Petition for Common Law Writ of Replevin Under NR 17.120, and Quo Warranto, Affidavit in Support" (#60) is **DENIED** as moot.

IT IS SO ORDERED.

DATED this 20th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE